UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JANE DOE, an individual,<br><br>                              Plaintiff,<br><br>       v.<br><br>RICHARD ROE, an individual,<br><br>                              Defendant. | Case No. 2:12-cv-01644-MMD-GWF<br><br>ORDER<br><br>(Order to Temporarily Seal Documents and Redact Defendant's Name) |

On September 19, 2012, Plaintiff brought this action before the Court alleging Defendant's responsibility for Plaintiff's contracting the herpes simplex II virus.  While Plaintiff brought this suit under the generic name "Jane Doe" to protect her identity, Plaintiff did not afford Defendant the same protection, and used Defendant's full name instead of a generic placeholder.  Defendant has requested that his name be redacted to protect his identity in this sensitive matter.  (Dkt. no. 13 at 13.)

Moreover, the Court notes that Plaintiff's full name impermissibly appears in certain filings submitted by Defendant.

GOOD CAUSE APPEARING, the Clerk of the Court is HEREBY ORDERED to temporarily seal all documents in this matter.

GOOD CAUSE APPEARING, the Clerk of the Court is FURTHER ORDERED to temporarily redact Defendant's name from this matter, substituting "Richard Roe" in its stead as is necessary to protect Defendant's identification.

The Court will revisit this issue upon receipt of status report pursuant to the Order to Meet and Confer or alternatively Order to Show Cause.

ENTERED THIS 2nd day April of 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE