JACK E. BUCHANAN Nevada State Bar No. 11069
**JAMES L. BUCHANAN II, APC**
300 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: 702.382.9103
Fax: 702.387.6368

ALIA J. DANIELS, California State Bar No. 279181
**LEVINE & BLIT LLP**
8383 Wilshire Blvd. Suite 945
Beverly Hills, California 90211
Telephone: 310.281.0100
Facsimile: 310.281.0140

Attorneys for Plaintiff,
Jane Doe

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an individual, | ) |
| Plaintiff, | ) Case No:    2:12-cv-01644-MMD-GWF |
| vs. | ) **[PROPOSED] ORDER** |
| RICHARD ROE, an individual, | ) |
| Defendant, | ) |
| | ) Hon.: Robert A McQuaid Jr. |

At the Settlement Conference held on July 25, 2013, it was ordered that the defendant shall get a blood test within thirty days.  Therefore,

**IT IS HEREBY ORDERED** that the Defendant shall get an IgG HerpeSelect blood test at Quest Labs.

**IT IS FURTHER ORDRED** that an extension is granted and the Defendant shall get a blood test within twenty-one days of the date of this order.

1

2

3

4

**IT IS FURTHER ORDERED** that Quest Labs shall provide a copy of the Defendant's IgG HerpeSelect blood test results to the Defendant, Richard Roe; Plaintiff's Counsel, Alia Daniels at 8383 Wilshire Boulevard, Suite 945, Beverly Hills, CA 90211; and Defendant's Counsel, Thomas Tanksley at 10161 Park Run Drive, Suite 150, Las Vegas, NV 89145.

5

6

**IT IS FURTHER ORDERED** that Counsel shall provide a copy of the results to the Court.

7

8

9

**IT IS FURTHER ORDERED** that Defendant's Counsel shall give Plaintiff's Counsel five days' notice of the specific Quest Lab selected and the date that the test should take place. If the Burham Quest Lab location is selected, notice to Plaintiff's Counsel is not necessary so long as the administrator is contacted in advance.

10

11

12

**IT IS FURTHER ORDERED** that the Status Conference currently scheduled for Tuesday, August 27, 2013, at 8:30 a.m. is rescheduled to Thursday, October 3, 2013 at 9:00 a.m. in a courtroom to be determined.

13

14

Dated: August 14, 2014

15

_____
Robert A. McQuaid, Jr.
United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28