UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, | No: 2:12-cv-01644 (RFB) (GWF) |
|         Plaintiff, | |
| -against- | STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE |
| RICHARD ROE, | |
|         Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto that a settlement conference be scheduled on the consent of the undersigned parties for **April 17, 2015**, a date previously confirmed as available by the Court's chambers.

IT IS FURTHER STIPULATED AND AGREED, that facsimile signatures shall have the same effect as an original.

Dated: 3/19/2015               Dated: 3-19-15

_____          _____
Matthew J. Blit                Thomas J. Tanksley
LEVINE & BLIT, PLLC            THOMAS J. TANKSLEY, LTD.
Pro Hac Vice Attorneys for Plaintiff   Attorney for Defendant
350 Fifth Avenue, 36th Floor   10161 Park Run Drive Suite 150
New York, NY 10118             Las Vegas, NV 89145
(212) 967-3000                 (702) 382-1700

It is so ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 26, 2015